UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NEW YORK

═══════════════════════════════

MICHAEL G. SENDLBECK, et al.,

                         Plaintiffs,

                                                              ORDER
            v.                                           01-CV-371A

CHARLES FLYNN, et al.,

                         Defendants.

═══════════════════════════════

            The above-referenced case was referred to Magistrate Judge  H. Kenneth

Schroeder, Jr., pursuant to 28 U.S.C. § 636(b)(1)(B).  On February 26, 2007, Magistrate

Judge Schroeder filed a Report and Recommendation, recommending that the Court

exercise its discretion, pursuant to Fed. R. Civ. P. 41(b), to dismiss this action for failure

to comply with court orders and for failure to prosecute

            The Court has carefully reviewed the Report and Recommendation, the

record in this case, and the pleadings and materials submitted by the parties, and no

objections having been timely filed, it is hereby

            ORDERED, that pursuant to 28 U.S.C. § 636(b)(1), and for the reasons

set forth in Magistrate Judge Schroeder's Report and Recommendation, the Court

exercises its discretion, pursuant to Fed. R. Civ. P. 41(b),  and dismisses this action for

failure to comply with court orders and for failure to prosecute.  The Clerk of Court shall

take all steps necessary to close the case.

SO ORDERED.

s/ *Richard J. Arcara*
HONORABLE RICHARD J. ARCARA
CHIEF JUDGE
UNITED STATES DISTRICT COURT

DATED:  March  16    , 2007